IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WESTERN EXPLORATION LLC, et al.,

        Plaintiffs,

   vs.

U.S. DEPARTMENT OF THE INTERIOR, et al.,

        Defendants.
_____/

3:15-cv-00491-HDM-VPC

ORDER

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to the Chief Judge for reassignment.

    Dated this 25th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE