Julie Cavanaugh-Bill, Nevada Bar # 11533
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

Matt Kenna (CO Bar No. 22159)
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO  81301
(970) 385-6941
matt@kenna.net
*Pro Hac Vice Application to be Submitted*

Roger Flynn (CO Bar No. 21078),
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main St., #2
Lyons, CO 80540
(303) 823-5738
wmap@igc.org
*Pro Hac Vice Application to be Submitted*

Attorneys for Applicants in Intervention

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>UNITED STATES DEPARTMENT )<br>OF THE INTERIOR, *et al.*, )<br>)<br>Defendants, and )<br>THE WILDERNESS SOCIETY, *et* )<br>*al.*, )<br>)<br>Applicants in Intervention/ )<br>Defendants ) | Case No. 3:15-cv-00491-MMD-VPC<br><br>**[PROPOSED] ANSWER OF APPLICANTS IN INTERVENTION THE WILDERNESS SOCIETY ET AL.** |

Applicants in intervention The Wilderness Society, National Wildlife Federation and Earthworks now submit this proposed Answer to the Plaintiffs' First Amended Complaint. As to the statements in each numbered paragraph in Plaintiff's complaint, Plaintiffs aver as follows:

1. Admit, except deny any violations of law by the Defendants as alleged by Plaintiffs.
2. Admit, except deny that any relief should be granted.
3. Admit.
4. Admit.
5. Admit.
6. Admit, except deny that the challenged actions encourage habitat fragmentation.
7. Admit.
8. Admit sentences 1-3; deny sentence 4.
9. Deny.
10. Admit sentences 1-4; deny sentences 5-7.
11. Deny.
12. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
13. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
14. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
15. Admit sentences 1, 3-4; deny sentence 2.
16. Admit, except deny any inconsistencies or lack of effort to coordinate.
17. Deny.

2

18. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
19. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
20. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
21. Deny.
22. Deny.
23. Admit.
24. Deny.
25. Deny.
26. Deny.
27. Admit.
28. Deny.
29. Admit sentences 1-6; lack knowledge or information sufficient to form a belief about the truth of the allegations of sentence 7.
30. Deny.
31. Admit.
32. Deny.
33. Admit.
34. Deny sentence 1; admit sentences 2-3.
35. Admit sentences 1-2; deny sentences 3-4.
36. Deny.
37. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

3

38. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
39. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
40. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
41. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny there has been any violation of law by Defendants as alleged by Plaintiffs.
42. Admit sentence 1; deny sentence 2; admit sentence 3 except deny that the agencies failed to consider input.
43. Admit, except deny any violation of law by Defendants as alleged by Plaintiffs.
44. Deny.
45. Admit.
46. Admit.
47. Admit.
48. Admit.
49. Admit.
50. Admit.
51. Admit.
52. Admit.
53. Admit.
54. Admit sentences 1-2; deny sentence 3.
55. Deny.
56. Admit sentence 1; deny sentences 2-5.

57. Deny.

58. Deny.

59. Deny.

60. Admit sentence 1; deny sentences 2-3.

61. Deny.

62. Deny.

63. Admit sentences 1-2, 5; deny sentences 3-4, 6.

64. Deny

65. Admit sentences 1-4; lack knowledge or information sufficient to form a belief about the truth of the allegations in sentence 5. For all sentences, deny any allegation that the FWS or USFS were required to submit an application or request for the withdrawal or that the quoted regulations apply to the facts of this case.

66. Deny sentence 1; admit sentences 2 and 3 as they correctly quote the regulations and Manual; lack knowledge or information sufficient to form a belief about the truth of the allegations in sentences 4-5; deny sentence 6. For all sentences, deny any allegation that the USFS was required to submit an application or request for the withdrawal or that the quoted Manual and regulations apply to the facts of this case.

67. Admit sentences 1-3 as they correctly quote the statute and regulations; lack knowledge or information sufficient to form a belief about the truth of the allegations in sentence 4. For all sentences, deny any allegation that the FWS or USFS were required to submit an application or request for the withdrawal or that the quoted regulations apply to the facts of this case.

68. Deny sentences 1 & 3; lack knowledge or information sufficient to form a belief about the truth of the allegations in sentence 2.

69. Deny.
70. Admit sentences 1-2; deny sentences 3-6.
71. Deny.
72. Lack knowledge or information sufficient to form a belief about the truth of the allegations in sentences 1-3; deny sentences 4-5.
73. Lack knowledge or information sufficient to form a belief about the truth of the allegations.
74. Deny.
75. Deny.
76. Deny.
77. Deny.
78. Deny.
79. Deny.
80. Admit sentences 1-2; deny sentences 3-8.
81. Admit sentences 1, 3-4; deny sentences 2, 5-7.
82. Admit sentences 2-3; deny sentence 1.
83. Deny.
84. Deny.
85. Deny.
86. Admit sentence 1; deny sentences 2-3.
87. Deny.
88. Deny.
89. Admit sentence 1; deny sentences 2-4.
90. Deny.
91. Deny.
92. Admit.

93. Admit.
94. Admit, except lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny there has been any violation of law by Defendants as alleged by Plaintiffs.
95. Admit.
96. Admit.
97. Deny.
98. Deny.
99. Deny.
100. Deny.
101. Deny.
102. Deny.
103. Deny.
104. Deny sentences 1-2; admit sentence 3.
105. Deny.
106. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny that the NVLMP will jeopardize the Elko County Plan.
107. Deny.
108. Deny.
109. Deny.
110. Deny.
111. Deny.
112. Deny.
113. Deny.
114. Deny.

115. Deny.
116. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny that the NVLMP will interfere with any conservation projects.
117. Lack knowledge or information sufficient to form a belief about the truth of the allegations of sentence 1; deny sentences 2-3.
118. Lack knowledge or information sufficient to form a belief about the truth of the allegations of sentences 1-4; deny sentence 5.
119. Lack knowledge or information sufficient to form a belief about the truth of the allegations of sentences 1-6; deny sentence 7.
120. Deny.
121. Deny.
122. Deny.
123. Deny.
124. Admit sentences 1-2; deny sentences 3-4.
125. Deny.
126. Deny.
127. Deny.
128. Admit sentences 3-5; deny sentences 1-2, 6.
129. Deny.
130. Deny.
131. Deny.
132. Admit sentence 1; deny sentence 2.
133. Deny.
134. Deny.
135. Admit.

136. Deny.

137. Deny.

138. Admit sentences 1-2; deny sentence 3.

139. Deny.

140. Deny sentence 1; admit sentence 2.

141. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

142. Deny.

143. Deny.

144. Deny.

145. Deny.

146. Deny.

147. Deny.

148. Deny.

149. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny that the NVLMP causes any violation of law.

150. Deny.

151. Deny.

152. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny that the NVLMP causes any violation of law as alleged by plaintiffs.

153. Deny.

154. Deny.

155. Deny.

156. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny that the NVLMP causes any violation of law as alleged by Plaintiffs.

157. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny that the NVLMP causes any violation of law as alleged by Plaintiffs.

158. Lack knowledge or information sufficient to form a belief about the truth of the allegations, except deny any violation of law as alleged by Plaintiffs.

159. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

160. Deny.

161. Deny.

162. Admit sentences 1 5-6; deny sentences 2-4 (including indented

quotations), 7-8.

163. Deny.

164. Deny.

165. Deny.

166. Admit, except deny any inconsistencies or violations of law as alleged by Plaintiffs.

167. Admit that Governor Sandoval filed objections and that the BLM responded; otherwise, deny.

168. Admit that Governor Sandoval filed an appeal; otherwise, deny.

169. Admit.

170. Admit.

171. Admit.

172. Admit sentences 1-2; deny sentences 3-4.

173. Deny.

174. Deny.

175. Deny.

176. Deny.

11

177. Deny.

178. Deny.

179. Admit.

180. Deny.

181. Deny.

182. Deny.

183. Admit.

184. Deny.

185. Deny.

186. Deny.

187. Admit.

188. Deny.

189. Admit sentences 3-4; deny sentences 1-1, 5-6.

190. Admit sentence 1; deny sentences 2-4.

191. Deny.

192. Admit.

193. Deny.

194. Admit sentences 2-3; deny sentences 1, 4-5.

195. Deny.

196. Admit sentence 3; deny sentences 1, 4; lack knowledge or information sufficient to form a belief about the truth of the allegations of sentence 2.

197. Deny sentences 1, 5; lack knowledge or information sufficient to form a belief about the truth of the allegations of sentences 2-4.

198. Deny.

199. Deny.

200. Deny.

201. Deny.

202. Deny.

203. Deny.

204. Admit sentences 1-2; deny sentences 3-6.

205. Admit sentences 1-3; deny sentences 4-5.

206. Deny.

207. Admit sentence 3; deny sentences 1-2, 4-5.

208. Deny.

209. Admit.

210. Lack knowledge or information sufficient to form a belief about the truth of the allegations.

211. Deny.

212. Admit.

213. Deny.

214. Deny.

215. Admit.

216. Deny.

217. Admit.

218. Admit sentence 1; deny sentence 2.

219. Deny.

220. Deny.

221. Admit.

222. Admit sentence 1; deny sentences 2-3.

223. Admit, except deny that any unlawful delegation occurred as alleged by Plaintiffs.

224. Deny.

225. Deny.

226. Deny.

227. Admit.

228. Deny.

229. Deny.

GENERAL DENIAL and regarding the Prayer for Relief: The Federal Defendants have not violated any law as alleged by Plaintiffs, and the Plaintiffs are not entitled to any relief.

    Respectfully submitted,

    /s/Julie Cavanaugh-Bill

    Attorney for Applicants in Intervention