UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>  Defendants, and<br><br>THE WILDERNESS SOCIETY, *et al.*,<br><br>Applicants in Intervention/ Defendants | Case No. 3:15-cv-00491-MMD-VPC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE ON BEHALF OF DEFENDANTS BY THE WILDERNESS SOCIETY, NATIONAL WILDLIFE FEDERATION AND EARTHWORKS** |

    Based on the motion of The Wilderness Society, National Wildlife Federation and Earthworks to intervene as defendants in this action, such motion is GRANTED and these parties shall be permitted to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a).

 

_____
The Hon. Miranda M. Du
United States District Judge