UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WESTERN EXPLORATION, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-00491-MMD-VPC<br><br>ORDER |

　　　　This Order describes the scope of the hearing on the Motion for Preliminary Injunction, which the Court finds necessary to address in light of the parties' recent filings.

　　　　On September 23, 2015, two counties and two private parties initiated this action.[1] (Dkt. no. 1.) Five days later, on September 28, 2015, these Plaintiffs filed a Motion for Preliminary Injunction ("Motion"), seeking an expedited hearing. (Dkt. no. 4.) On October 2, 2015, the Court granted Plaintiff's request and set a hearing on the Motion for November 12, 2015. (Dkt. no. 10.) Pursuant to the parties' stipulations, the Court subsequently extended the briefing schedule on the Motion and continued the hearing to November 17, 2015. (Dkt. nos. 15, 28.) On October 22, 2015, Plaintiffs filed an Amended Complaint adding additional plaintiffs ("Additional Plaintiffs"). (Dkt. no. 20.) The Motion was fully briefed on November 12, 2015. On the same day, the Additional

---

[1] The parties are Elko County, Eureka County, Quantum Minerals LLC and Western Exploration LLC.

Plaintiffs filed a Joinder to the Motion. (Dkt. no. 33.) Unsurprisingly, the Motion and related briefs do not address the claims of these Additional Plaintiffs, nor how the Additional Plaintiffs can satisfy their burden in seeking preliminary injunctive relief pursuant to the *Winter* factors.[2]

Thus, at the November 17, 2015, hearing, the Court declines to hear any argument or testimony offered by the Additional Plaintiffs with respect to their request for a preliminary injunction for the following reasons: the Court is hearing the Motion on an expedited basis at Plaintiffs' request, the parties have had ample notice of the hearing date, the Additional Plaintiffs have had ample time since the filing of the Amended Complaint to join in the request for preliminary injunctive relief and yet waited until the verge of the scheduled hearing to file their Joinder, and the Motion and related reply brief do not sufficiently address the Additional Plaintiffs' burden for seeking injunctive relief to permit the Court to prepare for the hearing, even if Defendants are prepared to address them.[3]   The hearing will be limited to the issues raised by the four Plaintiffs who filed the Motion.

DATED THIS 13th day of November 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2] On October 6 and 19, 2015, Plaintiffs also filed three supplemental declarations from individuals affiliated with Additional Plaintiffs Humboldt County, Washoe County, and Ninety-Six Ranch. (Dkt. nos. 13, 18.) Those declarations predate Plaintiffs' Amended Complaint, which was filed on October 22, 2015, as well as Additional Plaintiffs' November 12, 2015, Joinder to the Motion. (Dkt. nos. 20, 33.) The supplemental declarations were thus filed before Humboldt County, Washoe County, and Ninety-Six Ranch became parties to this case. The Court will not expand the Motion's scope to include the allegations contained in these declarations, which were filed by then non-parties.

[3] This ruling resolves some of the issues raised in Defendant's motion to limit testimony (dkt. no 34). The Court will address the remaining issues in a separate order after the deadline for Plaintiffs to respond.