AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

****        DISTRICT OF    NEVADA

WESTERN EXPLORATION, LLC, et al.,

       Plaintiffs,             JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER:    3:15-cv-0491-MMD-VPC

U.S. DEPARTMENT OF THE INTERIOR,
et al.

       Defendants.

**Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

Plaintiffs' and Defendants' competing motions for summary judgment (ECF Nos. 67, 75) are denied in part and granted in part. The Court grants summary judgment in favor of Defendants on all claims except for Count IV with respect to Plaintiffs Eureka County and Humboldt County. With respect to this count, the Court grants summary judgment in favor of Eureka County and Humboldt County on their claim that the Agencies failed to comply with NEPA.

The Court remands the Records of Decision to the Agencies to prepare a supplemental environmental impact statement consistent with this Order.

Intervenors' Motion for Summary Judgment (ECF No. 77) is denied in part and granted in part. It is granted with respect to Intervenors' request that the Court not vacate the RODs or enjoin implementation of the RODs.

It is further ordered that Plaintiffs' Motion to Supplement Record (ECF No. 68) is denied as moot. Defendants' Motion to Strike (ECF No. 102) is granted in part and denied in part. It is denied with respect to paragraphs 1 through 3 in Exhibit 1. It is granted with respect to the remainder of Exhibit 1 and with respect to Exhibits 2 and 6.

    March 31, 2017                                                **DEBRA K. KEMPI**
                                                                           Clerk

                                                                             /s/ Lia Griffin
                                                                              Deputy Clerk