1  ADAM PAUL LAXALT
   Attorney General
2  BRYAN L. STOCKTON (Bar No. 4764)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  100 North Carson Street
   Carson City, Nevada 89701
5  (775) 684-1228 (phone)
   (775) 684-1108 (fax)
6  Bstockton@ag.nv.gov

7  *Attorneys for the State of Nevada*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| WESTERN EXPLORATION LLC, et al., | Case No. 3:15-cv-00491-MMD-VPC |
|---|---|
| Plaintiffs, | |
| vs. | **MOTION FOR SUBSTITUTION OF COUNSEL** |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

Plaintiff, State of Nevada, by and through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, hereby move for the substitution of JOSEPH TARTAKOVSKY, Deputy Solicitor General, and hereby give notice that BRYAN L. STOCKTON, Senior Deputy Attorney General, will assume responsibility for representing Plaintiff, State of Nevada in the above-named action.

Deputy Solicitor General Joseph Tartakovsky is no longer with the Office of the Attorney General, and should be removed from this Court's docket as counsel of record and removed from electronic notices for this case.

///
///
///
///
///

Due to this change, it is further respectfully requested that the Court and respective parties in this action direct all future pleadings and correspondence to the undersigned counsel at the address listed below.

DATED this 24th day of April 2018.

        ADAM PAUL LAXALT
        Attorney General

        By:   /s/ Bryan L. Stockton
               BRYAN L. STOCKTON (Bar No. 4764)
               Senior Deputy Attorney General
               State of Nevada
               Office of the Attorney General
               100 North Carson Street
               Carson City, Nevada  89701
               (775) 684-1228
               Bstockton@ag.nv.gov

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: May 4, 2018

## CERTIFICATE OF SERVICE

I, Esmeralda Velazquez hereby certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 24th day of April 2018, I filed the foregoing MOTION FOR SUBSTITUTION OF COUNSEL via this Court's electronic filing system, and served the same upon the respective parties in this action, registered to receive notice of filing through the Court's electronic service system.

/s/ Esmeralda I. Velazquez